UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WESLEY RICKS

CIVIL ACTION

VERSUS

NO. 23-5021

STATE OF LOUISIANA

SECTION M (4)

## ORDER

Having considered the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and the failure of any party to file an objection to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter.   Accordingly,

IT IS ORDERED that Wesley Ricks's civil rights complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 7th day of December, 2023.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 4.